UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 8/11/2026

ROBERT A MUSIALA, JR., in his capacity as court-appointed receiver,

Plaintiff,

-v-

ANTONIO TAMEEM HALLAK,

Defendant.

**ORDER**

25-CV-6424 (JGLC)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated August 10, 2026, this case was referred to the undersigned for settlement. ECF No. 29.

A conference is scheduled on **August 21, 2026,** at **3:00 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 314 112 685#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: August 11, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge