UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT A. MUSIALA, JR., in his capacity as court-appointed receiver,

Plaintiff,

-against-

ANTONIO TAMEEM HALLAK,

Defendant.

25-CV-6424 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The parties are ordered to appear for a virtual conference at **4:00 p.m. on Thursday, November 12, 2026**. The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 1157121668 #. The Court will rule on Plaintiff-Receiver's Motion to Enforce. ECF No. 33.

Dated: November 5, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge