UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT A. MUSIALA, JR., Plaintiff, -against- ANTONIO TAMEEM HALLAK, Defendant. | 25-CV-6424 (JGLC) **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The Court heard argument on Plaintiff-Receiver's Motion to Enforce the Settlement Agreement. ECF No. 33. The Court GRANTS the Motion, finds Defendant in default of the parties' agreement, and accordingly enters judgment for $1,000,000 plus interest from October 30, 2026. The Court's reasoning will be set forth in an Opinion and Order to follow.

Under Federal Rule of Civil Procedure 62(a), enforcement of the Court's judgment is stayed for 30 days. To the extent he seeks relief from Rule 62(a), Plaintiff-Receiver is instructed to do so by motion filed no later than **Friday, November 13, 2026**. Defendant will have until **Monday, November 16, 2026**, to respond to a motion so filed, and no reply will be filed absent leave of the Court.

The Clerk of Court is respectfully requested to terminate ECF No. 33 and enter judgment consistent with this Order.

Dated: November 12, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge