**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ROBERT A. MUSIALA, JR.,

Plaintiff,

-against-

25 **CIVIL** 06424 (JGLC)

# JUDGMENT

ANTONIO TAMEEM HALLAK.,

Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 12, 2026, the Court heard argument on Plaintiff-Receiver's Motion to Enforce the Settlement Agreement. ECF No. 33. The Court GRANTS the Motion, finds Defendant in default of the parties' agreement, and accordingly enters judgment for $1,000,000 plus interest from October 30, 2026. Judgment interest is calculated at 9% interest from October 30, 2026 for a total interest amount of $3,452.05.

**Dated:** New York, New York

November 13, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**